B6F (Official Form 6F) (12/07)

In re **Donald D. Ditto**  
      **Kristin K. Ditto**

Case No. **15-11163**
(if known)

**AMENDED 1/19/2016**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-3744<br>ADT Security<br>3696 Ulmerton Rd. Ste. 200<br>Clearwater, FL 33762 | | J | DATE INCURRED 2013<br>CONSIDERATION<br>Collecting for -<br>REMARKS:<br>business debt- Ditcomm | | | | $280.00 |
| ACCT #: xxxx-xxxx-xxxx-1001<br>Aetna<br>145 Bradford Dr.<br>West Berlin, NJ 08091 | | J | DATE INCURRED 2015<br>CONSIDERATION<br>Collecting for -Insurance<br>REMARKS:<br>Old business debt for insurance payments | | | | $1,380.00 |
| ACCT #: xxxx-xxxx-xxxx-3005<br>American Express<br>P.O. Box 650448<br>Dallas, Texas 75265 | | J | DATE INCURRED 2015<br>CONSIDERATION<br>Credit Card<br>REMARKS:<br>Old business debt | | | | $3,000.00 |
| ACCT #: xxxx-xxxx-xxxx-4965<br>ARA<br>P.O. Box 4099<br>Austin Texas 78765 | | J | DATE INCURRED 2014<br>CONSIDERATION:<br>REMARKS | | | | $227.00 |
| ACCT #:<br>ARC<br>P.O. Box 26726<br>Austin Texas 78755 | | J | DATE INCURRED: 2014<br>CONSIDERATION.<br>Medical Services<br>REMARKS | | | | $416.00 |
| ACCT #: xxxx-xxxx-xxxx-<br>AT&T<br>P.O. Box 2268<br>Southsate, MI 48195 | | J | DATE INCURRED 2014<br>CONSIDERATION.<br>Services<br>REMARKS: | | | | $107.00 |
| | | | | | | Subtotal > | $5,410.00 |
| | | | | | | Total > | |

(Use only on last page of the completed Schedule F.)

____3____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald D. Ditto**　　　　　　　　　　　　　　　　　　　　　Case No. **15-11163**
　　　**Kristin K. Ditto**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 1/19/2016*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-x399<br>BBO Liquidation Corp.<br>Evelyn J. Meltzer<br>1313 North Market Street<br>Wilmington, Delaware 19801 | | H | DATE INCURRED 09/2007<br>CONSIDERATION<br>Collecting for -Judgment Adversary Suit<br>REMARKS: | | | | $40,990.32 |
| ACCT #: xxxx-xxxx-xxxx-2569<br>Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | DATE INCURRED 06/2011<br>CONSIDERATION<br>Credit Card<br>REMARKS: | | | | $27,983.00 |
| ACCT #: xxxx-xxxx-xxxx-7956<br>Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | DATE INCURRED: 02/1998<br>CONSIDERATION.<br>Credit Card<br>REMARKS | | | | $8,978.00 |
| ACCT #: xxxx-xxxx-xxxx-6878<br>Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | DATE INCURRED 04/2013<br>CONSIDERATION.<br>Credit Card<br>REMARKS: | | | | $4,179.00 |
| ACCT #: xxxx-xxxx-xxxx-9900<br>Chase Line of Credit<br>P.O. Box 659732<br>San Antonio, Texas 78265 | | J | DATE INCURRED 1995<br>CONSIDERATION<br>Collecting for -Line of Credit<br>REMARKS: | | | | $150,000.00 |
| ACCT #: xxL886<br>CTRMA<br>P.O. Box 16777<br>Austin Texas | | J | DATE INCURRED. 07/2015<br>CONSIDERATION.<br>Collecting for -Toll Fee<br>REMARKS: | | | | $0.00 |

Sheet no. **1** of **3** continuation sheets attached to　　　　　　　　　　Subtotal >　　$232,130.32
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald D. Ditto**  
     **Kristin K. Ditto**

Case No. **15-11163**
(if known)

*AMENDED 1/19/2016*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-5060<br>Dell Childrens<br>P.O. Box 204301<br>Dallas, Texas 75320 | | J | DATE INCURRED: 2014<br>CONSIDERATION<br>Medical ER Services<br>REMARKS: | | | | $3,000.00 |
| ACCT #: xxxx-xxxx-xxxx-5683<br>Dell Financial Services<br>P.O. Box 6403<br>Carol Stream, IL 60197-6403 | | J | DATE INCURRED: 2013<br>CONSIDERATION<br>Purchase Money<br>REMARKS: | | | | $1,954.88 |
| ACCT #: xxxx-xxxx-xxxx-5594<br>Emerus<br>P.O. Box 4869 #448<br>Houston, Texas 77210 | | J | DATE INCURRED: 04/2015<br>CONSIDERATION<br>Medical ER Services<br>REMARKS: | | | | $2,500.00 |
| Representing:<br>Emerus | | | Emerus<br>8686 New Trails Dr. Ste. 100<br>The Woodlands, Texas 77381 | | | | Notice Only |
| ACCT #:<br>Grayber Electric<br>4601 Cambridge Rd.<br>Fort Worth, Texas 76155 | | J | DATE INCURRED: 2001<br>CONSIDERATION<br>REMARKS | | | | $65,000.00 |
| Representing:<br>Grayber Electric | | | Richard E. Greenblum<br>100 Congress Avenue, Ste. 210<br>Austin Texas 78701 | | | | Notice Only |

Sheet no. __2__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $72,454.88

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald D. Ditto**  
**Kristin K. Ditto**

Case No. __15-11163__  
(if known)

*AMENDED 1/19/2016*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-5230<br>Ic Systems Inc<br>P.O. Box 64378<br>Saint Paul, MN 55164 | | J | DATE INCURRED: 06/2015<br>CONSIDERATION:<br>Collection Attorney<br>REMARKS | | | | $27.00 |
| ACCT #: xxxx-xxxx-xxxx-<br>Intuit Credit<br>2700 Coast Ave.<br>Mountain View, CA 94043 | | J | DATE INCURRED 2014<br>CONSIDERATION<br>Collecting for -<br>REMARKS: | | | | $10.00 |
| ACCT #: xxxx-xxxx-xxxx-7560<br>Pediatric IC Systems<br>P.O. Box 88087<br>Chicago, IL 60680 | | J | DATE INCURRED 2014<br>CONSIDERATION:<br>Medical Services<br>REMARKS: | | | | $50.00 |
| ACCT #: xxxx-xxxx-xxxx-8227<br>Security State Bank<br>7626 Lohman Ford Rd.<br>Lago Vista Texas 78645 | | J | DATE INCURRED: 2013<br>CONSIDERATION<br>REMARKS | | | | $47,000.00 |
| ACCT #: xxxx-xxxx-xxxx-8308<br>TX Tag<br>12719 Burnet Road<br>Austin Texas 78727 | | J | DATE INCURRED 2015<br>CONSIDERATION<br>Collecting for -TX Tag Toll<br>REMARKS: | | | | $60.00 |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $47,147.00

Total > $357,142.20  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)