**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 02, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: DONALD D. DITTO and | § | CASE NO 15-11163-tmd |
| KRISTIN K. DITTO | § | |
| DEBTORS | § | CHAPTER 7 |

AGREED ORDER GRANTING SECOND MOTION TO EXTEND DEADLINES
TO FILE A COMPLAINT PURSUANT TO 11 U.S.C. § 727 AND/OR A MOTION
PURSUANT TO 11 U.S.C. § 707(b)

Came on to be considered the Agreed Motion To Extend Deadlines To File a Complaint Pursuant to 11 U.S.C. § 727 and/or a Motion Pursuant to 11 U.S.C. § 707(b) (the "Motion"). The Court, having considered the Motion, Fed. R. Bankr. P. 9006 and Local Bankruptcy Rule 9014(d)(3), and the agreement of the parties, finds the Motion should be granted. It is therefore

ORDERED that the deadline for the UST to file a complaint objecting to discharge under 11 U.S.C. § 727 and/or motion to dismiss for abuse under 11 U.S.C. § 707(b)(3) be extended from February 1, 2016 until and through April 11, 2016.

###

Submitted by:
Deborah A. Bynum
Office of the United States Trustee
903 San Jacinto Blvd., Rm 230, Austin, Texas 78701
Phone: (512) 916-5328 / FAX 916-5331

AGREED:
/s/ Amber Vazquez Bode
Amber Vazquez Bode
Vazquez Law Firm, PLLC
1004 West Ave., Austin Texas 78701
Phone: 512-220-8507 / Facsimile: 512-480-0760
SBN: 24039225

United States Bankruptcy Court
Western District of Texas

In re:  
Donald D. Ditto  
Kristin K. Ditto  
     Debtors

Case No. 15-11163-tmd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: boydl     Page 1 of 1     Date Rcvd: Feb 02, 2016  
                      Form ID: pdfintp     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2016.  
db          +Donald D. Ditto,    28207 Turner Ranch Rd.,    Marble Falls, TX 78654-3416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2016 at the address(es) listed below:
        Abbey M. Ulsh    on behalf of Creditor    PNC Bank, National Association wdecf@BDFGROUP.com
        Amber Vazquez Bode    on behalf of Debtor Donald D. Ditto amberv@lawyers.com,
         susan@criminallawaustin.com
        Amber Vazquez Bode    on behalf of Debtor Kristin K. Ditto amberv@lawyers.com,
         susan@criminallawaustin.com
        Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12
         deborah.a.bynum@usdoj.gov
        Donna W Wilkinson    on behalf of Creditor    PNC Bank, National Association wdecf@bdfgroup.com
        Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
         kay.brock@traviscountytx.gov
        Ron Satija    on behalf of Trustee Ron Satija info@satijatrustee.com,
         rsatija@satijatrustee.com;ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com
        Ron Satija    info@satijatrustee.com,
         rsatija@satijatrustee.com;ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com
        Steve Turner    on behalf of Creditor    PNC Bank, National Association wdecf@BDFGROUP.com,
         marshak@BDFGroup.com
        United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                                                     TOTAL: 10